ORIGINAL

FILED

2006 SEP 22 PM 12: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  Criminal Case No. 05cr2162-LAB
                                   )
12               Plaintiff,        )
                                   )  ORDER CONTINUING DATE
13       v.                        )  FOR SENTENCING HEARING
                                   )
14  JAMES HOVER,                   )
                                   )
15               Defendant.        )
    _____)
16                            O R D E R
17       Good cause appearing, IT IS HEREBY ORDERED that the sentencing
18  hearing in Criminal Case No. 05cr2162-LAB be continued from
19  September 25, 2006 to November 13, 2006 at 9:30 a.m.
20       DATED: September 20, 2006.
21
22                                  _____
                                    HONORABLE LARRY A. BURNS
23                                  United States District Court
24
25
26
27
28